## Daniel Lerman, Appellee, v. Unique Cleaners, Appellant.

Gen. No. 44,602.

opinion filed April 4, 1949; released for publication May 17, 1949. Wyatt Jacobs and Charles E. Heckler, for appellant; Kamin & Gleason, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.